930 So.2d 21 (2006)
Randy BEACH and Susan Beach
v.
POINTE COUPEE ELECTRIC MEMBERSHIP CORPORATION and XYZ Insurance Company
Donald McGehee and Stephanie McGehee
v.
Pointe Coupee Electric Membership Corporation and XYZ Insurance Company
S. Paul Didier and Charlotte M. Didier
v.
Pointe Coupee Electric Membership Corporation and Federated Rural Electric Insurance Exchange.
No. 2006-C-0165.
Supreme Court of Louisiana.
May 26, 2006.
Denied.
VICTORY, J., would grant.
TRAYLOR, J., would grant.